W. W. Bryant, as Administrator of the Estate of Gary D. Bryant, deceased, Plaintiff-Appellant and Cross-Appellee, v. New York Central Railroad Company, Defendant-Appellee and Cross-Appellant.

New York Central Railroad Company, Cross-Plaintiff and Cross-Appellant, v. W. W. Bryant, as Administrator of Estate of Gary D. Bryant, deceased; Wendell W. Bryant, also known as W. W. Bryant; Frank Prahl and Howell Asphalt Company, Cross-Defendants and Cross-Appellees.

Gen. No. 10,115.

Third District.

February 21, 1958.

Rehearing denied March 24, 1958.

Released for publication March 24, 1958.

Willis P. Ryan and Craig & Craig (Harlan Heller, J. E. Horsley and J. H. Anderson, of counsel) for appellant; Dobbins & Fraker (French L. Fraker, of counsel) for cross defendant-cross appellee, Howell Asphalt Company; Earl S. Hodges (Samuel C. Patton, of counsel) for cross-defendant appellee; Dilsaver & Gilkerson (Russell B. James and Thomas F. Ryan and Joseph R. Spitz, of counsel) for defendant and cross plaintiff-appellee and cross appellant. Opinion by JUDGE ROETH. Not to be published in full.